# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

DALE WASHINGTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1205

———————————————

December 20, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Michael F. Andrews, Judge.

Dale Washington, pro se.

PER CURIAM.

Affirmed.

KELLY, BLACK, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.